**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| In re: HERRING, DIANA LYNN | § Case No. 07-10084 |
| | § |
| | § |
| Debtors | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 11 of the United States Bankruptcy Code on January 03, 2007. The case was converted to one under Chapter 7 on February 28, 2007. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     28,828.48

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 36.74 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Leaving a balance on hand of | $     28,791.74 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

**UST Form 101-7-TFR (4/1/2009)**

6. The deadline for filing claims in this case was 06/25/2007. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,132.85. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,132.85, for a total compensation of $3,132.85. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $52.79, for total expenses of $52.79.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/31/2009            By: /s/MICHAEL G. RINN
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (4/1/2009)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-10084  
**Case Name:** HERRING, DIANA LYNN  

**Period Ending:** 07/31/09

**Trustee:** (400080)    MICHAEL G. RINN  
**Filed (f) or Converted (c):** 02/28/07 (c)  
**§341(a) Meeting Date:** 03/27/07  
**Claims Bar Date:** 06/25/07

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 2143 Streamway Court, Woodlawn, MD 21207 | 307,360.00 | 37,857.00 | | 28,789.86 | FA |
| 2 | CASH ON HAND | 40.00 | 0.00 | DA | 0.00 | FA |
| 3 | BANK ACCOUNTS | 4,000.00 | 1,600.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 5,000.00 | 4,000.00 | DA | 0.00 | FA |
| 5 | 2003 Lexus ES-300 | 15,890.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2003 Kia Rio | 4,935.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 38.62 | Unknown |
| 7 | Assets   Totals (Excluding unknown values) | **$337,225.00** | **$43,457.00** | | **$28,828.48** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    January 31, 2009        **Current Projected Date Of Final Report (TFR):**    May 20, 2009  (Actual)

Printed: 07/31/2009 10:05 AM    V.11.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-10084 | | Trustee: | MICHAEL G. RINN (400080) |
|---|---|---|---|---|
| Case Name: | HERRING, DIANA LYNN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****65-65 - Money Market Account |
| Taxpayer ID #: | 13-7592346 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 07/31/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/14/08 | {1} | Cohn, Goldberg & Deutsch, LLC | Represents the surplus amount from the sale of the Herring property. | 1110-000 | 28,789.86 | | 28,789.86 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.00 | | 28,791.86 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.01 | | 28,795.87 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.60 | | 28,799.47 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.66 | | 28,803.13 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.66 | | 28,806.79 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.42 | | 28,810.21 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.77 | | 28,813.98 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 3.14 | | 28,817.12 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.26 | | 28,819.38 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.04 | | 28,821.42 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 28,822.59 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 28,823.68 |
| 03/04/09 | 1001 | DEBTORS BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/04/2009 FOR CASE #07-10084 Voided on 03/04/09 | 2300-000 | | 36.74 | 28,786.94 |
| 03/04/09 | 1001 | DEBTORS BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/04/2009 FOR CASE #07-10084 Voided: check issued on 03/04/09 | 2300-000 | | -36.74 | 28,823.68 |
| 03/04/09 | 1002 | MRSC Insurance Partners, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/04/2009 FOR CASE #07-10084 | 2300-000 | | 36.74 | 28,786.94 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.25 | | 28,788.19 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 28,789.36 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.13 | | 28,790.49 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.25 | | 28,791.74 |
| | | | ACCOUNT TOTALS | | 28,828.48 | 36.74 | $28,791.74 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 28,828.48 | 36.74 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $28,828.48 | $36.74 | |

{} Asset reference(s)

Printed: 07/31/2009 10:05 AM  V.11.21

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 07-10084 | **Trustee:** MICHAEL G. RINN (400080) |
| **Case Name:** HERRING, DIANA LYNN | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** \*\*\*-\*\*\*\*\*65-65 - Money Market Account |
| **Taxpayer ID #:** 13-7592346 | **Blanket Bond:** $2,000,000.00  (per case limit) |
| **Period Ending:** 07/31/09 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 28,828.48 | | | | |
| | | Net Estate : | $28,828.48 | | | | |

|  | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # \*\*\*-\*\*\*\*\*65-65** | **28,828.48** | **36.74** | **28,791.74** |
| | **$28,828.48** | **$36.74** | **$28,791.74** |

{} Asset reference(s)

Printed: 07/31/2009 10:05 AM    V.11.21

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 25, 2007

**Case Number:** 07-10084　　　　　Page: 1　　　　　**Date:** July 31, 2009
**Debtor Name:** HERRING, DIANA LYNN　　　　　**Time:** 10:07:30 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 200 | MICHAEL G. RINN<br>111 WARREN ROAD, SUITE 4<br>COCKEYSVILLE, MD 21030 | Admin Ch. 7 | | $3,132.85 | $0.00 | 3,132.85 |
| 200 | MICHAEL G. RINN | Admin Ch. 7 | | $52.79 | $0.00 | 52.79 |
| 2<br>100 | American Home Mortgage Servicing, Inc.<br>4600 Regent Blvd.<br>Attn: Bankruptcy Department<br>Irving, TX 75063 | Secured | Paid at settlement, see auditor's report. | $0.00 | $0.00 | 0.00 |
| 5<br>100 | Toyota Motor Credit Corp.<br>Toyota/Lexus Fin. Svcs.<br>500 Redbrook Blvd.<br>Owings Mills, MD 21117 | Secured | Not allowed, asset not administered. | $0.00 | $0.00 | 0.00 |
| EXEMPT<br>200 | Diana Herring | Secured | | $5,000.00 | $0.00 | 5,000.00 |
| 1<br>610 | Navy Federal Credit Union<br>P.O. Box 23800<br>Merrifield, VA 22119 | Unsecured | Second mortgage.<br>Unsecured per ratified Circuit Court Sales Order. | $91,777.17 | $0.00 | 91,777.17 |
| 3<br>610 | Navy Federal Credit Union<br>P.O.Box 3502<br>Merrifield, VA 22119 | Unsecured | | $4,939.95 | $0.00 | 4,939.95 |
| 4<br>610 | Navy Federal Credit Union<br>P.O.Box 3000<br>Merrifield, VA 22119 | Unsecured | | $2,466.61 | $0.00 | 2,466.61 |
| 6<br>610 | Verizon<br>Verizon - Bankruptcy Dept.<br>P.O. Box 25087<br>Wilmington, DE 19802 | Unsecured | | $143.17 | $0.00 | 143.17 |
| 7<br>610 | Household Finance Coproration<br>by eCAST Settlement Corporation<br>as its agent,POB 35480<br>Newark, NJ 07193-5480 | Unsecured | | $15,148.45 | $0.00 | 15,148.45 |
| 8<br>610 | eCAST Settlement Corporation assignee of<br>GE Money Bank/Sams Club<br>POB 35480<br>Newark, NJ 07193-5480 | Unsecured | | $249.62 | $0.00 | 249.62 |
| 9<br>610 | eCAST Settlement Corporation assignee of<br>Citibank USA NA / HOME DEPOT<br>POB 35480<br>Newark, NJ 07193-5480 | Unsecured | | $3,332.36 | $0.00 | 3,332.36 |
| << Totals >> | | | | 126,242.97 | 0.00 | 126,242.97 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 07-10084
Case Name: HERRING, DIANA LYNN
Trustee Name: MICHAEL G. RINN

Claims of secured creditors will be paid as follows:

*Claimant* *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | MICHAEL G. RINN | $ | $ 52.79 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |
| *Trustee* | MICHAEL G. RINN | $ 3,132.85 | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant* *Fees* *Expenses*

**UST Form 101-7-TFR (4/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                                   *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 118,057.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.5 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Navy Federal Credit Union | $ 91,777.17 | $ 16,019.08 |
| 3 | Navy Federal Credit Union | $ 4,939.95 | $ 862.23 |
| 4 | Navy Federal Credit Union | $ 2,466.61 | $ 430.53 |
| 6 | Verizon | $ 143.17 | $ 24.99 |
| 7 | Household Finance Coproration | $ 15,148.45 | $ 2,644.06 |
| 8 | eCAST Settlement Corporation assignee of | $ 249.62 | $ 43.57 |
| 9 | eCAST Settlement Corporation assignee of | $ 3,332.36 | $ 581.64 |

**UST Form 101-7-TFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (4/1/2009)**