UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
MARYLAND DIVISION

In re: HERRING, DIANA LYNN § Case No. 07-10084
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL G. RINN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $29,865.00 | Assets Exempt: $10,975.00 |
| Total Distribution to Claimants: $20,608.55 | Claims Discharged Without Payment: $113,341.31 |
| Total Expenses of Administration: $3,222.38 | |

3) Total gross receipts of $ 28,830.93 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 5,000.00 (see **Exhibit 2**), yielded net receipts of $23,830.93 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $367,834.00 | $185,820.36 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,222.38 | 3,222.38 | 3,222.38 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 241,051.54 | 118,082.32 | 118,082.32 | 20,608.55 |
| **TOTAL DISBURSEMENTS** | $608,885.54 | $307,125.06 | $121,304.70 | $23,830.93 |

    4) This case was originally filed under Chapter 7 on January 03, 2007.
. The case was pending for 39 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/31/2010          By: /s/MICHAEL G. RINN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2143 Streamway Court, Woodlawn, MD 21207 | 1110-000 | 28,789.86 |
| Interest Income | 1270-000 | 41.07 |
| **TOTAL GROSS RECEIPTS** | | **$28,830.93** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Diana Herring | Final Distribution 100.00% on $5,000.00; Claim# EXEMPT; Filed: $5,000.00; Reference: | 8100-000 | 0.00 |
| U.S. Bankruptcy Court | Recut from Check #103. Debtor's exemptions. Unclaimed funds. | 8100-002 | 5,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$5,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Home Mortgage Servicing, Inc. | 4110-000 | 320,862.00 | 163,266.05 | 0.00 | 0.00 |
| Toyota Motor Credit Corp. | 4110-000 | 44,572.00 | 22,554.31 | 0.00 | 0.00 |
| Navy Federal Credit Union | 4110-000 | 2,400.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$367,834.00** | **$185,820.36** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. RINN | 2100-000 | N/A | 3,132.85 | 3,132.85 | 3,132.85 |
| MICHAEL G. RINN | 2200-000 | N/A | 52.79 | 52.79 | 52.79 |
| MRSC Insurance Partners, LLC | 2300-000 | N/A | 36.74 | 36.74 | 36.74 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,222.38 | 3,222.38 | 3,222.38 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Navy Federal Credit Union | 7100-000 | 177,880.00 | 91,777.17 | 91,777.17 | 16,020.99 |
| Navy Federal Credit Union | 7100-000 | 9,878.00 | 4,939.95 | 4,939.95 | 862.34 |
| Navy Federal Credit Union | 7100-000 | N/A | 2,466.61 | 2,466.61 | 430.58 |
| Verizon | 7100-000 | N/A | 143.17 | 143.17 | 0.00 |
| Household Finance Coproration | 7100-000 | 30,264.00 | 15,148.45 | 15,148.45 | 2,644.37 |
| eCAST Settlement Corporation assignee of | 7100-000 | 498.00 | 249.62 | 249.62 | 43.57 |
| eCAST Settlement Corporation assignee of | 7100-000 | 6,664.00 | 3,332.36 | 3,332.36 | 581.71 |
| Maryland Orthopedics | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| Lendmark Financial | 7100-000 | 1,639.00 | N/A | N/A | 0.00 |
| NCO Financial | 7100-000 | 143.00 | N/A | N/A | 0.00 |
| Receivables Management Systems | 7100-000 | 141.54 | N/A | N/A | 0.00 |
| OSI Collections | 7100-000 | 339.00 | N/A | N/A | 0.00 |
| Seventh Avenue | 7100-000 | 1,042.00 | N/A | N/A | 0.00 |
| Sallie Mae | 7100-000 | 12,175.00 | N/A | N/A | 0.00 |
| Johns Hopkins Medicine | 7100-000 | 73.00 | N/A | N/A | 0.00 |
| Consumer Credit Corp. | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| Fashion Bug | 7100-000 | 240.00 | N/A | N/A | 0.00 |
| U.S. Bankruptcy Court | 7100-000 | N/A | 24.99 | 24.99 | 24.99 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | 241,051.54 | 118,082.32 | 118,082.32 | 20,608.55 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-10084  
**Case Name:** HERRING, DIANA LYNN  

**Period Ending:** 03/31/10

**Trustee:** (400080) MICHAEL G. RINN  
**Filed (f) or Converted (c):** 02/28/07 (c)  
**§341(a) Meeting Date:** 03/27/07  
**Claims Bar Date:** 06/25/07

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 2143 Streamway Court, Woodlawn, MD 21207 | 307,360.00 | 37,857.00 | | 28,789.86 | FA |
| 2 | CASH ON HAND | 40.00 | 0.00 | DA | 0.00 | FA |
| 3 | BANK ACCOUNTS | 4,000.00 | 1,600.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 5,000.00 | 4,000.00 | DA | 0.00 | FA |
| 5 | 2003 Lexus ES-300 | 15,890.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2003 Kia Rio | 4,935.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 41.07 | FA |
| 7 | Assets Totals (Excluding unknown values) | **$337,225.00** | **$43,457.00** | | **$28,830.93** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final distribution made 9/2/09, submit TDR to UST upon $0.00 bank balance.

**Initial Projected Date Of Final Report (TFR):**    January 31, 2009        **Current Projected Date Of Final Report (TFR):**    May 20, 2009  (Actual)

Printed: 03/31/2010 11:10 AM    V.12.06

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-10084  
**Case Name:** HERRING, DIANA LYNN  
**Taxpayer ID #:** **-***2346  
**Period Ending:** 03/31/10  

**Trustee:** MICHAEL G. RINN (400080)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****65-65 - Money Market Account  
**Blanket Bond:** $2,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/14/08 | {1} | Cohn, Goldberg & Deutsch, LLC | Represents the surplus amount from the sale of the Herring property. | 1110-000 | 28,789.86 | | 28,789.86 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.00 | | 28,791.86 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.01 | | 28,795.87 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.60 | | 28,799.47 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.66 | | 28,803.13 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.66 | | 28,806.79 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.42 | | 28,810.21 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.77 | | 28,813.98 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 3.14 | | 28,817.12 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.26 | | 28,819.38 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.04 | | 28,821.42 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 28,822.59 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 28,823.68 |
| 03/04/09 | 1001 | DEBTORS BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/04/2009 FOR CASE #07-10084<br>Voided on 03/04/09 | 2300-000 | | 36.74 | 28,786.94 |
| 03/04/09 | 1001 | DEBTORS BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/04/2009 FOR CASE #07-10084<br>Voided: check issued on 03/04/09 | 2300-000 | | -36.74 | 28,823.68 |
| 03/04/09 | 1002 | MRSC Insurance Partners, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/04/2009 FOR CASE #07-10084 | 2300-000 | | 36.74 | 28,786.94 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.25 | | 28,788.19 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 28,789.36 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.13 | | 28,790.49 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.25 | | 28,791.74 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.21 | | 28,792.95 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.21 | | 28,794.16 |
| 09/02/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 28,794.19 |
| 09/02/09 | | To Account #********6566 | Order on Commissions & Fees & Final Distribution. | 9999-000 | | t 28,794.19 | 0.00 |

Subtotals :   $28,830.93   $28,830.93

{} Asset reference(s)        t-Transfer

Printed: 03/31/2010 11:10 AM   V.12.06

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 07-10084 | | **Trustee:** | MICHAEL G. RINN (400080) |
|---|---|---|---|---|
| **Case Name:** | HERRING, DIANA LYNN | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****65-65 - Money Market Account |
| **Taxpayer ID #:** | **-***2346 | | **Blanket Bond:** | $2,000,000.00 (per case limit) |
| **Period Ending:** | 03/31/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 28,830.93 | 28,830.93 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 28,794.19 | |
| | | | **Subtotal** | | 28,830.93 | 36.74 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$28,830.93** | **$36.74** | |

{} Asset reference(s)    t-Transfer

Printed: 03/31/2010 11:10 AM   V.12.06

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 07-10084  
**Case Name:** HERRING, DIANA LYNN  
**Taxpayer ID #:** **-***2346  
**Period Ending:** 03/31/10

**Trustee:** MICHAEL G. RINN (400080)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****65-66 - Checking Account  
**Blanket Bond:** $2,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/02/09 | | From Account #********6565 | Order on Commissions & Fees & Final Distribution. | 9999-000 | t  28,794.19 | | 28,794.19 |
| 09/02/09 | 101 | MICHAEL G. RINN | Dividend paid 100.00% on $3,132.85, Trustee Compensation;  Reference: | 2100-000 | | 3,132.85 | 25,661.34 |
| 09/02/09 | 102 | MICHAEL G. RINN | Dividend paid 100.00% on $52.79, Trustee Expenses;  Reference: | 2200-000 | | 52.79 | 25,608.55 |
| 09/02/09 | 103 | Diana Herring | Final Distribution 100.00% on $5,000.00; Claim# EXEMPT; Filed: $5,000.00; Reference: Stopped on 12/07/09 | 8100-000 | | 5,000.00 | 20,608.55 |
| 09/02/09 | 104 | Navy Federal Credit Union | Final Distribution  17.45% on $91,777.17; Claim# 1; Filed: $91,777.17; Reference: | 7100-000 | | 16,020.99 | 4,587.56 |
| 09/02/09 | 105 | Navy Federal Credit Union | Final Distribution  17.45% on $4,939.95; Claim# 3; Filed: $4,939.95; Reference: | 7100-000 | | 862.34 | 3,725.22 |
| 09/02/09 | 106 | Navy Federal Credit Union | Final Distribution  17.45% on $2,466.61; Claim# 4; Filed: $2,466.61; Reference: | 7100-000 | | 430.58 | 3,294.64 |
| 09/02/09 | 107 | Verizon | Final Distribution  17.45% on $143.17; Claim# 6; Filed: $143.17; Reference: Stopped on 12/07/09 | 7100-000 | | 24.99 | 3,269.65 |
| 09/02/09 | 108 | Household Finance Coproration | Final Distribution  17.45% on $15,148.45; Claim# 7; Filed: $15,148.45; Reference: | 7100-000 | | 2,644.37 | 625.28 |
| 09/02/09 | 109 | eCAST Settlement Corporation assignee of | Final Distribution  17.45% on $249.62; Claim# 8; Filed: $249.62; Reference: | 7100-000 | | 43.57 | 581.71 |
| 09/02/09 | 110 | eCAST Settlement Corporation assignee of | Final Distribution  17.45% on $3,332.36; Claim# 9; Filed: $3,332.36; Reference: | 7100-000 | | 581.71 | 0.00 |
| 12/07/09 | 103 | Diana Herring | Final Distribution 100.00% on $5,000.00; Claim# EXEMPT; Filed: $5,000.00; Reference: Stopped: check issued on 09/02/09 | 8100-000 | | -5,000.00 | 5,000.00 |
| 12/07/09 | 107 | Verizon | Final Distribution  17.45% on $143.17; Claim# 6; Filed: $143.17; Reference: Stopped: check issued on 09/02/09 | 7100-000 | | -24.99 | 5,024.99 |
| 12/14/09 | 111 | U.S. Bankruptcy Court | Recut from Check #103. Debtor's exemptions. Unclaimed funds. | 8100-002 | | 5,000.00 | 24.99 |
| 12/14/09 | 112 | U.S. Bankruptcy Court | check #107, claim #6, unclaimed funds. | 7100-000 | | 24.99 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 28,794.19 | 28,794.19 | **$0.00** |
| | | | Less: Bank Transfers | | 28,794.19 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 28,794.19 | |
| | | | Less: Payments to Debtors | | | 5,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$23,794.19** | |

{} Asset reference(s)        t-Transfer

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 07-10084  
**Case Name:** HERRING, DIANA LYNN  

**Taxpayer ID #:** **-***2346  
**Period Ending:** 03/31/10  

**Trustee:** MICHAEL G. RINN (400080)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****65-66 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

```
        Net Receipts :         28,830.93
Less Payments to Debtor :       5,000.00
                              _____
        Net Estate :          $23,830.93
```

| | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| | MMA # ***-*****65-65 | 28,830.93 | 36.74 | 0.00 |
| | Checking # ***-*****65-66 | 0.00 | 23,794.19 | 0.00 |
| | | $28,830.93 | $23,830.93 | $0.00 |

{} Asset reference(s)    t-Transfer

Printed: 03/31/2010 11:10 AM    V.12.06